IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: SUSZAN LEE EHRKE,

Case Number: D G  19-00785

Proceeds of uncashed check issued in this case in which the final distribution was made to the debtor(s). These funds represent debtor payments to the Trustee that the Trustee is unable to return to the debtor(s). Unclaimed Funds

| | |
|---|---|
| Original Payee: | SUSZAN EHRKE |
| | VINCENT E CARLSON & ASSOCIATES PLC |
| | 2320 LAKE AVE |
| | NORTH MUSKEGON, MI 49445- |

Check Amount: $1107.73

Date: February 10, 2021

/s/ Brett N. Rodgers
Brett N, Rodgers Chapter 13 Trustee
99 Monroe Ave NW, Suite 601
Grand Rapids, MI 49503